**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
───────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                17cr298 (JGK)
                                          19cv8711 (JGK)
**HOWARD MARSTON,**
                                          <u>ORDER</u>

               **Defendant.**
───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The Government responded to the petition on January 17, 2020 on docket No. 17-cr-298. Therefore, the petitioner's time to reply is extended to May 15, 2020. This Court's order dated April 17, 2020 entered on docket No. 19-cv-8711 is vacated. Chambers will mail a copy of this order to the <u>pro se</u> petitioner.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **April 20, 2020**                     _____/s/ John G. Koeltl_____
                                                                John G. Koeltl
                                                 **United States District Judge**